UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCO VERCH,

                Plaintiff,

- against -

THE INSTITUTE FOR NEW ECONOMIC THINKING INC.,

                Defendant.

**NOTICE OF**
**PRETRIAL CONFERENCE**

19 Civ. 8342 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the conference in this action previously scheduled for January 16, 2020 is adjourned. A conference is scheduled for **February 13, 2020 at 10:15 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       January 13, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge